THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAELENE M. EXTER | : |
| **Plaintiff** | : |
| v. | : 3:11-cv-1365 |
| | : (JUDGE MARIANI) |
| WILKES-BARRE HOSPITAL COMPANY, LLC, | : |
| **Defendant.** | : |

## ORDER

AND NOW, THIS 3rd DAY OF SEPTEMBER 2014, upon consideration of Defendant Wilkes-Barre General Hospital Company, LLC's Motion for Summary Judgment (Doc. 27), and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. The Defendant's Motion for Summary Judgment (Doc. 27) is **DENIED**.

2. A telephone scheduling conference will be held on **WEDNESDAY, OCTOBER 1, 2014 at 11:00 AM**. Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge